UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PERNELL POLLARD**                                CIVIL ACTION

**VERSUS**                                         NUMBER: 06-3941

**MARLIN GUSMAN, SHERIFF, ET AL.**                 SECTION: "B"(5)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute.

New Orleans, Louisiana, this 20th day of November, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE